R⸳ ⸳ ⸳

# UNITED STATES DISTRICT COURT
Eastern District of New York

**THIRD AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ JUNE 29 2005 ★

UNITED STATES OF AMERICA
V.

RICHARD DAVID

CASE NUMBER: 90-CR-424

LAWRENCE SCHOENBACH ESQ
Defendant's Attorney

Date of Original Judgment: 7/28/94
(or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (Fed. R. Crim.P.35(a))
☐ Reduction of Sentence for Changed Circumstances (Fed. R.P.35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Criim. P.35(c))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim.P.36)

☐ Modification of Supervision Conditions (18 U.S.C. 3563© or 3583(e))
☐ Modification of Imposed Term of Imprisonment For Extraordinary and Compelling Reasons (18 U.S.C.(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. 3582(c)(2))
☐ Direct Motion to District Court Pursuant to  ☐ 28 U.S.C. 2255
☐ 18 U.S.C. 3559(c)(7) or  ☐ Modification of Restitution Order

**THE DEFENDANT:**
X pleaded guilty to count(s) ONE (1) OF THE FOURTH SUPERSEDING INDICTMENT
☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.
☐ was found guilty on count(s) _____
after a plea of not guilty.

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 USC 1962 | RACKETERRING | | ONE (1) |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____
Defendant's Date of Birth: _____
Defendant's USM No.: 29466-053
Defendant's Residence Address:

_____

Defendant's Mailing Address:

_____

Date of Imposition of Judgment

s/Reena Raggi
Signature of Judicial Officer

USCJ (by sitting designation)
Name & Title of Judicial Officer

June 27, 2005
Date

AO 245C (Rev 8/96) Amended Judgment in a Criminal Case
(NOTE: Identify Changes with Asterisks (*))

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY (20) YEARS

❑     The court makes the following recommendations to the Bureau of Prisons:

X     The defendant is remanded to the custody of the United States Marshal.

❑     The defendant shall surrender to the United States Marshal for this district:
    ❑     at _____ a.m./p.m. on _____.
    ❑     as notified by the United States Marshal.

❑     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ❑     before 2 p.m. on _____.
    ❑     as notified by the United States Marshal.
    ❑     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____

AO 245C(Rev 8/96) Amended Judgment in a Criminal Case
(NOTE: Identify Changes with Asterisks (*))

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $50.00 | $250,000.00 | $ |

❏   If applicable, restitution amount ordered pursuant to plea agreement..........$

# FINE

Richard David shall pay to the United States the sum of $250,000.00. The fine is to be payable immediately to the extent the defendant has assets. Should the defendant's present assets be insufficient to satisfy the total amount, he is to make scheduled payments as follows:

1) Upon his release from prison, Mr. David is to make a monthly payments towards his fine pursuant to a schedule that will be set by the court upon its receipt, within thirty days of Mr. David's release, of a report and recommendation from the court's Probation Department of Mr. David's financial status and his earning potential. Mr. David will have ten days after the issuance of this report to bring any further information to the court's attention that he thinks is relevant to the setting of a payment schedule.